IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

FLORENCE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 4:15CR00425-BHH(1) |
| | ) | |
| -vs- | ) | |
| | ) | **ORDER** |
| | ) | |
| **LARRY ADAM BYRD** | ) | |

The defendant was sentenced to time served. He has been taking prescribed medications which are being dispensed by the Williamsburg County Jail.

I find that it is necessary for the defendant to continue taking his medications until these medications can be re-prescribed by a licensed medical doctor.

Therefore, it is ordered that the Williamsburg County Jail, by and through the United States Marshals Service, shall give to the defendant upon his discharge a ten (10) day supply of the medication he is currently prescribed.

AND IT IS SO ORDERED.

    s/ Bruce Howe Hendricks
    BRUCE HOWE HENDRICKS
    U.S. District Judge

Florence, South Carolina

March 2, 2016